IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONSOLIDATED INFRASTRUCTURE GROUP, INC., ERIC MOODY, ZACK MANTEY, BRIAN HANNA, TRAVIS DANIELS, BRENT COFFIELD, AND TOM ORTH,<br><br>Plaintiffs,<br><br>vs.<br><br>USIC, LLC, USIC LOCATING SERVICES, LLC, LOCATE HOLDINGS, INC.,<br><br>Defendants. | Case No. 8:16-CV-00472<br><br>**INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY OR TRANSFER PROCEEDINGS** |

COMES NOW the Defendant Consolidated Infrastructure Group, Inc. ("CIG"), by and through its counsel of record, pursuant to NECivR 7.1(a)(2), and respectfully submits the following evidentiary materials in support of its Brief in Opposition to Defendant's Motion to Dismiss or, in the Alternative, Stay or Transfer Proceedings.

1. Declaration of Michael Degan, including the following exhibits attached thereto:

   Exhibit 1: A true and correct copy of the Complaint filed in the Marion County Superior Court in a matter styled *USIC, LLC; USIC Locating Services, LLC; and Locate Holdings, Inc. v. Consolidated Infrastructure Group, Inc., et al.*, Cause No. 49D01 16 11 PL 039993 (Marion Cty. Sup. Ct. Nov. 9, 2016).

   Exhibit 2: A true and correct copy of the Nebraska Secretary of State Corporate and Business Entity search results for USIC Locating Services, LLC, accessed December 19, 2016 at 3:18 p.m.

   Exhibit 3: A true and correct copy of the Notice of Removal (CM/ECF 1) filed in the Southern District of Indiana in a matter styled *USIC, LLC et al. v. Coffield, et al.*, Case No. 1:16-cv-03285-TWP-MJD

4813-0516-9984.1

Exhibit 4:  A true and correct copy of the Motion to Dismiss for lack of jurisdiction filed by Consolidated Infrastructure Group, Inc. (CM/ECF 4) filed in the Southern District of Indiana in a matter styled *USIC, LLC et al. v. Coffield, et al.*, Case No. 1:16-cv-03285-TWP-MJD.

Exhibit 5:  A true and correct copy of the Motion to Dismiss for lack of jurisdiction filed by Defendants Brent Coffield, Zach Matney, and Tom Orth (CM/ECF 8) filed in the Southern District of Indiana in a matter styled *USIC, LLC et al. v. Coffield, et al.*, Case No. 1:16-cv-03285-TWP-MJD.

Exhibit 6:  A true and correct copy of the electronic docket sheet at Case No. 1:16-cv-03285-TWP-MJD accessed January 4, 2017.

Exhibit 7:  A true and correct copy of the Declaration of Tom Fredrickson.

Exhibit 8:  A true and correct copy of the Declaration of Eric Moody.

Exhibit 9:  A true and correct copy of the Declaration of Zach Matney.

Exhibit 10:  A true and correct copy of the Declaration of Travis Daniels.

Exhibit 11:  A true and correct copy of the Declaration of Brian Hanna.

Exhibit 12:  A true and correct copy of the Declaration of Brent Coffield.

Exhibit 13:  A true and correct copy of the Declaration of Tom Orth.

Exhibit 14:  A true and correct copy of USIC's locations as obtained from USIC, LLC's corporate website, http://usicllc.com/locations, accessed January 6, 2017.

Dated this 6th day of January, 2017.

        CONSOLIDATED INFRASTRUCTURE GROUP, INC., ERIC MOODY, ZACK MANTEY, BRIAN HANNA, TRAVIS DANIELS, BRENT COFFIELD, AND TOM ORTH, Plaintiffs

By: */s/ Michael S. Degan*
    Michael S. Degan, #20372
    Thomas H. Dahlk, #15371
    Victoria H. Buter, #23841
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    mike.degan@kutakrock.com
    tom.dahlk@kutakrock.com
    vicki.buter@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6th, 2017 I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following parties:

John M. Walker
LAMSON, DUGAN & MURRAY LLP
10306 Regency Parkway Drive
Omaha, NE 68114
jwalker@ldmlaw.com

Traci L. Martinez (pro hac vice motion forthcoming)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center 41 South High Street Columbus, OH 43215
traci.martinez@squirepb.com

David B. Helms (pro hac vice motion forthcoming)
GERMAN MAY PC
8000 Maryland Ave., Suite 1060
Clayton, MO 63105
davidh@germanmay.com

*Attorneys for Defendants*

        */s/ Michael S. Degan*
        Michael S. Degan

4813-0516-9984.1